NULIN COMPANY, INC., v. HENART REALTY CORPORATION and FRANK BLOISE and Another, Impleaded, etc., and DETROIT FIDELITY AND SURETY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon the filing by defendant Detroit Fidelity and Surety Company of the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.